**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rosalio Delgado Beltran, | No. CIV 13-014-TUC-LAB |
| Petitioner, | **ORDER** |
| vs. | |
| Charles L. Ryan; et al., | |
| Respondents. | |

Pending before the court is the petitioner's motion that the court provide him "access to case authorities available only in electronic databases" filed on May 7, 2013. (Doc. 14)

The petitioner, Rosalio Delgado Beltran, filed in this court a petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on July 2, 2012.

In the pending motion, Beltran moves that the court provide him access to an electronic legal database such as LEXIS or Westlaw because such access is "essential to litigate and properly answer" the respondent's arguments. (Doc. 14, p. 1)

Habeas petitioners, however, have no right to litigate their petitions effectively once their issues have been presented to the court for review. *Lewis v. Casey*, 518 U.S. 343, 354, 116 S.Ct. 2174, 2181 (1996). In this case, Beltran has already successfully presented his petition for habeas review. He has no right to litigate that petition effectively, and therefore no right to access electronic legal databases. *See, e.g., Sojka v. Ryan*, 2013 WL 5160404, 3 (D.Ariz. 2013)

IT IS ORDERED that the petitioner's motion that the court provide him "access to case authorities available only in electronic databases" filed on May 7, 2013, is DENIED. (Doc. 14)

DATED this 4th day of December, 2013.

*Leslie A. Bowman*
Leslie A. Bowman
United States Magistrate Judge