**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rosalio Delgado Beltran, | No. CIV 13-014-TUC-LAB |
| Petitioner, | **ORDER** |
| vs. | |
| Charles L. Ryan; et al., | |
| Respondents. | |

Pending before the court is the petitioner's motion for an extension of the deadline for filing a reply to the respondents' answer. (Doc. 13)

The petitioner, Rosalio Delgado Beltran, filed in this court a petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc. 1)  The respondents filed an answer to the petition on June 20, 2013. (Doc. 19)

In a separate motion, Beltran asked that the court give him access to electronic legal databases. (Doc. 14)

In the pending motion, Beltran moves that the court extend the deadline for filing a reply to a date 28 days after he receives that access. (Doc. 13)

The court notes that Beltran's motion for electronic legal access was denied on December 4, 2013. (Doc. 28)  The court further notes that Beltran has already filed a timely reply (containing more than forty legal citations) to the respondents' answer. (Doc. 24)  Accordingly,

1    IT IS ORDERED that the petitioner's motion for an extension of the deadline for filing
2 a reply to the respondents' answer is DENIED as MOOT.  (Doc. 13)

4    DATED this 5th day of December, 2013.

*Leslie A. Bowman*
Leslie A. Bowman
United States Magistrate Judge